IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRIT OF ILLINOIS

| | |
|---|---|
| TODD COYER, KARL KISNER, LAURYN OVERBEY, LISA SOLOMON, and SONNY PIKE, Individually and as representatives of a class of similarly situated persons, on behalf of the UNIVAR SOLUTIONS 401(K) PLAN f/k/a the UNIVAR USA INC. VALUED INVESTMENT PLAN<br><br>    Plaintiffs,<br><br>  v.<br><br>UNIVAR SOLUTIONS USA INC., THE BOARD OF DIRECTORS OF UNIVAR SOLUTIONS USA INC., THE RETIREMENT PLAN COMMITTEE OF UNIVAR SOLUTIONS USA INC.; and DOES No. 1-20, Whose Names are Currently Unknown,<br><br>    Defendants. | Case No. 1:22-CV-0362 |

## JOINT STATUS REPORT

Plaintiffs, Todd Coyer, Karl Kisner, Lauryn Overbey, Lisa Solomon, and Sonny Pike (collectively, "Plaintiffs"), and Defendants, Univar Solutions USA Inc., the Board of Directors of Univar Solutions USA Inc., and the Retirement Plan Committee of Univar Solutions USA Inc. (collectively, "Defendants"), by and through their respective counsel, jointly submit the following Joint Status Report.

A.  **Progress Made on Written Discovery**

With the exception of the Parties' disagreement as to the relevant time period for discovery, as noted in Plaintiffs' Motion to Compel submitted on July 14, 2023, the Parties represent that they have completed their production of documents. Plaintiffs' Motion to Compel documents covering the disputed time period remains pending. Plaintiffs are in the process of taking third-party discovery.

B.  **Depositions**

Defendants have taken the depositions of all named Plaintiffs. Plaintiffs have deposed two of Defendants' witnesses. The Parties believe that they can complete the majority of the remaining depositions by the end of January. However, it is Plaintiffs' position that the pending Motion to Compel must be resolved before the depositions of Univar's Rule 30(b)(6) witness, the Plan's investment advisor, and the Plan's recordkeeper may be scheduled. Defendants maintain their position that the Parties are entitled to no more than ten depositions without leave of the Court.

| | |
|---|---|
| Dated: November 16, 2023 | Respectfully Submitted, |
| **MILLER SHAH LLP** | **WILLKIE FARR & GALLAGHER LLP** |
| */s/ James C. Shah* | */s/ Craig C. Martin* |
| James C. Shah | Craig C. Martin |
| Alec J. Berin | Amanda S. Amert |
| John C. Roberts | LaRue L. Robinson |
| 1845 Walnut Street, Suite 806 | Melanie Lee |
| Philadelphia, PA 19103 | Sara Kim |
| Telephone: (866) 540-5505 | 300 N. LaSalle Street |
| Facsimile: (866) 300-7367 | Chicago, IL 60654-3406 |
| Email: jcshah@millershah.com | Telephone: (312) 728-9000 |
| ajberin@millershah.com | Email: cmartin@willkie.com |
| jcroberts@millershah.com | aamert@willkie.com |
| | lrobinson@willkie.com |
| | mlee@willkie.com |
| | skim@willkie.com |

| | |
|---|---|
| James E. Miller<br>Laurie Rubinow<br>MILLER SHAH LLP<br>65 Main Street<br>Chester, CT 06412<br>Telephone: (866) 540-5505<br>Facsimile: (866) 300-7367<br>Email: jemiller@millershah.com<br>       lrubinow@millershah.com<br><br>Mark K. Gyandoh<br>CAPOZZI ADLER, P.C.<br>312 Old Lancaster Road<br>Merion Station, PA 19066<br>Telephone: (610) 890-0200<br>Facsimile: (717) 233-4103<br>Email: markg@capozziadler.com<br><br>Donald R. Reavey<br>CAPOZZI ADLER, P.C.<br>2933 North Front Street<br>Harrisburg, PA 17110<br>Telephone: (717) 233-4101<br>Facsimile: (717) 233-4103<br>Email: donr@capozziadler.com<br><br>P. Andrew Fleming<br>Andrew P. Shelby<br>ARMSTRONG TEASDALE LLP<br>100 North Riverside Plaza<br>Chicago, IL 60606<br>Telephone: (312) 516-5610<br>Facsimile: (312) 419-6928<br>Email: afleming@atllp.com<br>       ashelby@atllp.com<br><br>*Attorneys for Plaintiffs, the Plan and the Proposed Class* | *Attorneys for Univar Solutions USA Inc., the Board of Directors of Univar Solutions USA Inc., and the Retirement Plan Committee of Univar Solutions USA Inc.* |