# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Todd Coyer, et al.

                              Plaintiff,

v.                                                    Case No.: 1:22–cv–00362
                                                          Honorable Robert W. Gettleman

Univar Solutions USA Inc, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2025:

        MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 2/18/205. Counsel for all parties appeared and report there have been no objections to the settlement. For the reasons stated on the record, Motion for final approval of Class Action Settlement [97] and Motion for awards of attorneys' fees, expenses, and case contribution awards [99] are granted. Enter order. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.